**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Reginald Jerome STOWE, Defendant–Appellant.**

No. 01–7284.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 4, 2002.

Reginald Jerome Stowe, Appellant Pro Se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Reginald Jerome Stowe appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Stowe*, Nos. CR–96–46; CA–98–238–3–V (W.D.N.C. filed May 30, 2001, entered June 21, 2001; filed July 9, 2001, entered July 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*